DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT LEONARDO QUARTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0019

[June 25, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case No. 502023MM001495A.

Daniel Eisinger, Public Defender, and Austin C. Edwards, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah Koenig, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant appeals the revocation of his probation and imposition of sentence based upon his violating a domestic violence injunction. The State concedes error, because the State's case consisted entirely of hearsay evidence. Probation may not be revoked based solely on hearsay. *See J.T.J. v. State*, 353 So. 3d 1175, 1180 (Fla. 4th DCA 2022); *Zelaya v. State*, 87 So. 3d 1257, 1259 (Fla. 4th DCA 2012); *Wilcox v. State*, 770 So. 2d 733, 736 (Fla. 4th DCA 2000). As the State failed to prove its case, we reverse with directions to reinstate probation or discharge appellant if the trial court determines he has completed his probation. *See Parker v. State*, 980 So. 2d 1223, 1225 (Fla. 2d DCA 2008).

*Reversed.*

WARNER, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***